**Order filed November 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00554-CV
_____

**DENRICK POPE AND DENISE POPE, Appellants**

**V.**

**CROCKETT COURT, Appellee**

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0084007**

# O R D E R

Appellants' brief was due November 6, 2019. No brief or motion for extension of time has been filed. Unless appellants file a brief with this court on or before **December 27, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.